## Hallie E. McCowan, Appellee, v. Don C. McCowan, Appellant.

Gen. No. 41,819.

opinion filed March 18, 1942. Irving Breakstone, for appellant; William Rosenthal, of counsel; Brooks, Coleman & Peterson, for appellee; Robert L. Pendergast, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''

## Betty Lois Smith, Appellee, v. Ferdinand J. Karasek et al., Appellants.

Gen. No. 41,681.

opinion filed March 18, 1942. Oscar M. Meusel and Ferdinand J. Karasek, pro se; Erich E. Pacyna, for appellee. Opinion by JUSTICE KILEY. ''Not to be published in full.''